PURRINGTON & McCONNELL
John H. McConnell (JM-6374)
82 Wall Street – Suite 1110
New York, New York  10005
(212) 943-5757

Received
July 03, 2008
U.S.D.C. S.D.N.Y.
Cashiers

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
ALPINE MARKETING, INC.,

              Plaintiff,

  -against-

M/V CAP SAN MARCO, her engines,
boilers, etc., and
COMPANIA LIBRE DE NAVEGACAO,

             Defendants.
-----------------------------------------x

**08 Civ. 6148 (DC)(DF)**

      PURSUANT to Fed.R.Civ.P. 7.1 (formerly Local General Rule 1.9 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held: **None.**

Dated:   New York, New York       PURRINGTON & McCONNELL
        July 3, 2008               Attorneys for Plaintiff

                                */s/ John H. McConnell*
                          By: _____
                             John H. McConnell (JM-6374)

                          82 Wall Street
                          New York, New York 10005
                          (212) 943-5757