```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
ALPINE MARKETING, INC.,
                                              08 CIV 6148 (DC)
                      Plaintiff,

         -against-                            RULE 7.1 STATEMENT

M/V CAP SAN MARCO, her engines, boilers,
etc., and COMPANIA LIBRE DE NAVEGACAO,

                      Defendants.
-----------------------------------------X
```

Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for defendant COMPANIA LIBRE DE NAVEGACAO, certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of COMPANIA LIBRE DE NAVEGACAO.

Dated: New York, N.Y.
       July 16, 2008

                                           _____
                                           Edward A. KEANE